1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00225-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| ESEQUIEL FABELA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Berdinella, attorney for the defendant, that the sentencing set for August 14, 2017 at 10:00 am before the Honorable Dale A. Drozd be continued to August 28, 2017 at 1:30 p.m.[1]  Defense filed objections to the PSR on July 31, 2017, and a Sentencing Memorandum on August 8, 2017.  Undersigned counsel has responses to 60 plus motions in *United States v. James York, et al*, 1:16-CR-00069 LJO (with about 31 of those being substantive) due on August 16, 2017, another sentencing memorandum due today, and a response to a 3582 motion due on Friday, August 11, 2017.  As such, the government needs additional time to respond to the thoughtful and voluminous objections and sentencing

---

[1] The government anticipates based on a review of the defense filings, it may be calling witnesses at the hearing, and so advises the Court in the event the Court wishes to schedule the hearing for a different time.

1

memorandum filed by defense.  The government contacted defense, and defense does not object to the continuance.

Dated: August 9, 2017                                         Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                    United States Attorney

                                        By       /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: August 9, 2017                                         /s/ Michael Berdinella
                                                    MICHAEL BERDINELLA
                                                    Attorney for Defendant

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for August 14, 2017, is continued until August 28, 2017, at 1:30 p.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **August 9, 2017**                                         _____
                                                          UNITED STATES DISTRICT JUDGE