Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:    559-272-8411

Attorney for Defendant,

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:15 CR 00225 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MARCH 26, |
| ) | 2020 STATUS CONFERENCE; ORDER |
| vs. ) | |
| ) | DATE:   March 26, 2020 |
| ESEQUIEL FABELA, ) | TIME:    2:00 p.m. |
| ) | Location: #9 |
| Defendant. ) | Magistrate Judge Stanley A. Boone |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties March 26, 2020 status conference hearing for this TSR violation may be continued to 2:00 p.m. on Tuesday April 21, 2020.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: This is the second status conference related to this case. Defense counsel recently received and is reviewing discovery. The AUSA has indicated the likelihood of a new case being filed. In anticipation of that filing, the parties have been discussing possible plea negotiations to encompass resolution of both the violation of supervised release and new filing. Since the last hearing, Defense counsel has met with Mr. Fabela in the Fresno County Jail. Since that jail visit,

the Fresno County Sheriff's Office has suspended family visits and substantially restricted professional visits based upon the Coronavirus (Covid-19) pandemic. The parties agree that a stipulation is appropriate to allow the aforementioned issues to be resolved prior to proceeding to the next status conference hearing on Mr. Fabela's case. The parties will continue to meet and confer about outstanding issues, including possible resolution, and advise the court of any updates.

DATED: March 24, 2020        By: /s/ Kim Sanchez
                             Kim Sanchez
                             Assistant United States Attorney

DATED: March 24, 2020        By: /s/ Michael J. Aed
                             Attorney for Defendant
                             Esequiel Fabela

**ORDER**

IT IS SO ORDERED.

Dated: __**March 24, 2020**__                    _____
                                                 UNITED STATES MAGISTRATE JUDGE