McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00225-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE CONTESTED HEARING ON A SUPERVISED RELEASE VIOLATION AND ORDER |
| ESEQUIEL FABELA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Aed, counsel for Esequiel Fabela, that the status conference set for May 11, 2020 be continued to June 29, 2020 at 2:00 pm before the duty magistrate. In light of the restrictions on entering the Courthouse due to the COVID-19 pandemic and related Federal guidelines, and General Order 617 closing the courthouse to all but essential hearings, the parties consulted, as directed by the Court, to ascertain whether they could agree on a new date. On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This and previous General Orders were entered to address public health concerns related to COVID-19. The parties also request additional time to further discuss some

of the issues, conduct further investigation if needed, and reach a possible resolution.  The government is reviewing two incidents that may form the basis of new charges, and the parties will discuss a resolution of all of the matters.

Dated: May 7, 2020                                  Respectfully submitted,

                                                                 McGREGOR W. SCOTT
                                                                 United States Attorney

                                        By    /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: May 7, 2020                                  /s/ Michael Aed
                                               MICHAEL AED
                                               Attorney for Defendant

## **ORDER**

IT IS SO ORDERED that the Status Conference re Violation of Supervised Release is continued from May 11, 2020 to **June 29, 2020 at 2:00 PM before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **May 7, 2020**                           /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE